UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MATTHEWS BAPTIST CHURCH OF LIVERMORE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOUNDATION CAPITAL RESOURCES, INC., <br><br> Defendant. | Case No. 13-cv-05765-MEJ <br><br> **ORDER CONTINUING HEARING RE: MOTION TO DISMISS** <br><br> Re: Dkt. Nos. 8, 9 |

On January 31, 2014, Defendant Foundation Capital Resources, Inc. filed a Motion to Dismiss, with a noticed hearing date of March 6, 2014. Dkt. Nos. 8, 9. As the noticed hearing date does not comply with Civil Local Rule 7, the hearing is CONTINUED to March 13, 2014 at 10:00 a.m. The briefing schedule under Rule 7 remains in effect – any opposition is due February 14, 2014, and any reply is due February 21.

**IT IS SO ORDERED.**

Dated: January 31, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge