UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MATTHEWS BAPTIST CHURCH OF LIVERMORE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>FOUNDATION CAPITAL RESOURCES, INC.,<br><br>    Defendant. | Case No. 13-cv-05765-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On January 31, 2014, the Defendant(s) in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of March 13, 2014. Dkt. Nos. 8, 10. However, Plaintiff(s) failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the motion hearing and ORDERS Plaintiff(s) St. Matthews Baptist Church of Livermore, Inc. to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff(s) shall file a declaration by February 27, 2014. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on March 13, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby given to Plaintiff(s) that the Court may dismiss the case without a hearing if no responsive declaration is filed. Thus, it is imperative that Plaintiff(s) file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: February 21, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge