UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MATTHEWS BAPTIST CHURCH OF LIVERMORE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOUNDATION CAPITAL RESOURCES, INC., <br><br> Defendant. | Case No. 13-cv-05765-MEJ <br><br> **ORDER STAYING CASE PENDING APPEAL** <br><br> Re: Dkt. No. 17 |

The Court is in receipt of the parties' Joint Case Management Statement, filed March 6, 2014, in which the parties have informed the Court that the issues to be decided in this case are directly related to a case that is currently on appeal before the First District Court of Appeal. Dkt. No. 17. The parties advise that the outcome of the appeal may thus have a significant effect on this litigation. *Id*. Because the decision of the appellate court may directly affect Plaintiff's claims, the Court ORDERS that this action, including all deadlines currently set, is STAYED pending the outcome of the appeal. The parties shall notify the Court when the appellate court has issued a decision.

**IT IS SO ORDERED.**

Dated: March 10, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge