UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MATTHEWS BAPTIST CHURCH OF LIVERMORE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOUNDATION CAPITAL RESOURCES, INC., <br><br> Defendant. | Case No. 13-cv-05765-MEJ <br><br> **STATUS ORDER** |

Having reviewed the parties' Joint Case Management Statement (Dkt. No. 22), the Court ORDERS as follows:

1) Defendant shall file its Motion to Dismiss by June 19, 2014.

2) If Defendant does not file its motion by June 19, the parties shall file an updated joint status report by June 26, 2014.

**IT IS SO ORDERED.**

Dated: May 28, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge