UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MATTHEWS BAPTIST CHURCH OF LIVERMORE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>FOUNDATION CAPITAL RESOURCES, INC.,<br><br>    Defendant. | Case No.  13-cv-05765-MEJ<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

A Case Management Conference shall be held on September 11, 2014, at 10:00 A.M., Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

The parties shall appear in person or through lead counsel and shall be prepared to discuss all items referred to in Fed. R. Civ. P. 16(c) and Civil L. R. 16-10.  The parties shall file a joint case management statement  no later than seven (7) days before the date of the conference.

**IT IS SO ORDERED.**

Dated: August 18, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge