Edwin C. Schreiber, SBN 41066
Eric A. Schreiber,    SBN 194851
Ean M. Schreiber, SBN 284361
SCHREIBER & SCHREIBER, INC.
16633 Ventura Boulevard, Suite 711
Encino, California 91436-2068

Tel: (818) 789-2577
Fax: (818) 789-3391

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MATTHEWS BAPTIST CHURCH OF LIVERMORE, INC., a California non-profit Corporation,<br><br>           Plaintiff,<br><br>    vs.<br><br>FOUNDATION CAPITAL RESOURCES, INC., a Georgia Corporation and DOES 1 to 100, Inclusive,<br><br>           Defendants | Case No.  3:13-cv-05765-MEJ<br><br>**PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE; ~~PROPOSED~~ ORDER THEREON**<br><br>**Date: October 9, 2014**<br>**Time: 10:00 a.m.**<br>**Dept: B**<br><br>**The Honorable Maria-Elena James** |

1     TO THE HONORABLE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD.

    Counsel for Plaintiff St. Matthews Baptist Church of Livermore, Inc., a California non-profit corporation, hereby requests permission of the Court to attend the October 9, 2014 case management conference via telephone.  The primary reason counsel wishes to appear by telephone is that their offices are in Encino, California, as suburb of Los Angeles. The Court previously indicated that Plaintiff's counsel could apply for permission to appear by telephone.

DATED: September 3, 2014                                       **SCHREIBER & SCHREIBER, INC.**

                                                                  /s/ *Edwin C. Schreiber*
Edwin C. Schreiber, Attorneys for Plaintiff, St. Matthews Baptist Church of Livermore, Inc., a California non-profit corporation

**ORDER**

Counsel for Plaintiff, St. Matthews Baptist Church of Livermore, Inc., a California non-profit corporation, Edwin C. Schreiber of Schreiber & Schreiber, Inc., may attend the October 9, 2014 case management conference via telephone, as opposed to an in-person appearance.

IT IS SO ORDERED,

_____
The Honorable Maria Elena James United States Magistrate Judge

```
Counsel shall make himself available beginning at 10:00 a.m., on October 9, 2014.
The Court may not call exactly at 10:00 a.m. but, will call counsel as his
case appears on the calendar. Counsel shall provide the Court with a direct
dial number to his office, by calling the Courtroom Deputy, Rose Maher, at
415-522-4708. The Court will call counsel at that number on October 9, 2014.
```